**Appeal Dismissed and Memorandum Opinion filed October 1, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00173-CV

### DEVONTE DAVIS AND NUR ALMUSAWI, Appellants

### V.

### HUTCH STILGENBAUER, M.D., Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2023-70651**

## MEMORANDUM OPINION

This appeal is from a judgment signed February 26, 2024. The court reporter indicated on April 8, 2024 that there was not a reporter's record. The clerk's record was filed June 18, 2024. No brief was filed.

On September 4, 2024, we issued a notice stating that unless appellants filed a brief on or before September 16, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellants filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.